UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DELOSADA, Derivatively on Behalf of Nominal Defendant, COGENT COMMUNICATIONS HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DAVE SCHAEFFER, STEVEN D. BROOKS, MARC MONTAGNER, LEWIS H. FERGUSON III, SHERYL KENNEDY, PAUL DE SA, DENEEN HOWELL, and EVE HOWARD<br><br>Defendants,<br><br>COGENT COMMUNICATIONS HOLDINGS, INC.<br><br>Nominal Defendant. | Case No. 1:26-cv-00862<br><br>PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL HIS NOTICE OF ADDRESS |

Plaintiff James DeLosada ("Plaintiff"), by and through his undersigned attorneys, respectfully requests leave to file under seal his Notice of Plaintiff's Address pursuant to LCvR 5.1(c) and LCvR 5.1(h)(1).

Dated: March 11, 2026

Respectfully submitted,

/s/ *Daniel S. Sommers*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Daniel S. Sommers (Bar No. 416549)
1100 New York Avenue, N.W. Suite 800
Washington, D.C. 20005
Telephone: (202) 408-4600
dsommers@cohenmilstein.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Laura H. Posner
Amy Miller
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
lposner@cohenmilstein.com
amiller@cohenmilstein.com

**GLANCY PRONGAY WOLKE & ROTTER LLP**
Benjamin I. Sachs-Michaels
745 Fifth Avenue, Fifth Floor
New York, New York 10151
Telephone: (212) 935-7400
bsachsmichaels@glancylaw.com

-and-

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
rprongay@glancylaw.com
prajesh@glancylaw.com

**KIRBY MCINERNEY LLP**
Thomas W. Elrod
Andrew M. McNeela
Lauren Molinaro
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
telrod@kmllp.com
amcneela@kmllp.com
lmolinaro@kmllp.com

*Counsel for Plaintiff*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
hsmith@howardsmithlaw.com

*Additional Counsel*